Form 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JIANGSU ZHONGJI LAMINATION MATERIALS CO., (HK) LTD., JIANGSU ZHONGJI LAMINATION MATERIALS STOCK CO., LTD., JIANGSU ZHONGJI LAMINATION MATERIALS CO., LTD., JIANGSU HUAFENG ALUMINUM INDUSTRY CO., LTD.,  Plaintiffs, v. UNITED STATES, Defendant. | Ct. No. 21-00138 |

**TO:** The Attorney General, the Department of Commerce and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                  /s/ Mario Toscano
                                                  Clerk of the Court

1. Plaintiffs in this action are Jiangsu Zhongji Lamination Materials Co., (HK) Ltd., Jiangsu Zhongji Lamination Materials Stock Co., Ltd., Jiangsu Zhongji Lamination Materials Co., Ltd., Jiangsu Huafeng Aluminum Industry Co., Ltd., exporters and producers of the subject merchandise from China. Plaintiffs were parties to the proceeding that led to the contested determination and are interested parties pursuant to 19 U.S.C. § 1677(9)(A). Plaintiffs thus have standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiffs contest certain aspects of the final results of the first antidumping duty administrative review of Certain Aluminum Foil from the People's Republic of China made by the U.S. Department of Commerce's International Trade Administration. The contested final results were published in the *Federal Register* as *Certain Aluminum Foil From the People's Republic of China: Final Results of Antidumping Duty Administrative Review; Final Determination of No Shipments; 2017-2019*, 86 Fed. Reg. 11,499 (Dep't Commerce Feb. 25, 2021) ("Final Results").
(Brief description of contested determination)

Form 3-2

3. <u>The Final Results were signed on February 19, 2021.</u>
   (Date of determination)

4. <u>The Final Results were published in the *Federal Register* on February 25, 2021.</u>
   (If applicable, date of publication in Federal Register of notice of contested determination)

<u>/s/ Jeffrey S. Grimson</u>
Jeffrey S. Grimson
Kristin H. Mowry
Jill A. Cramer
Sarah M. Wyss
Bryan P. Cenko
Wenhui "Flora" Ji
Yixin (Cleo) Li
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, Suite 810
Washington, DC 20015
202-688-3610
trade@mowrygrimson.com
*Counsel to Plaintiffs*

Date: <u>March 26, 2021</u>

**SEE REVERSE SIDE**

Form 3-3

### SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0140

General Counsel
U.S. Department of Commerce
14th & Constitution Avenue, NW
Washington, DC 20230

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Civil Division Room, 12124
1100 L Street, NW
Mail Stop 5875 HCHB
Washington, DC 20530

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017, Sept. 18, 2018, eff. Oct. 15, 2018.).