

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

CHAMBERS OF
M. Miller Baker
Judge

May 13, 2021

Via CM/ECF

    Re:   *Jiangsu Zhongji Lamination Materials Co. v. U.S.*
           Court No. 21-00138

To All Counsel:

    The above-captioned matter has been assigned to these chambers. USCIT Rule 56.2(a) requires the Court to enter a scheduling order promptly after receiving the parties' joint status report and proposed briefing schedule.

    Accordingly, all parties shall confer and file a joint status report and an agreed proposed briefing schedule via CM/ECF no later than June 11, 2021. In proposing the briefing schedule, the Court encourages all parties to carefully consider their competing commitments and to propose realistic dates they should be able to meet.

    The Court has issued an order referring the parties to instructions for preparing the joint appendix. The parties' joint status report is to state which appendix preparation method the parties have elected to use, and the parties' proposed briefing schedule is to include the appropriate dates prescribed in the joint appendix preparation instructions for the method the parties choose.

    Additionally, a party intervened in this case as of right after the Court issued the order referenced in the preceding paragraph. The joint appendix instructions do not address due dates for intervenors. Therefore, the proposed briefing schedule must propose a briefing deadline for the intervenor that is later than the deadline for the party supported in order to avoid the repetition of arguments made in the earlier-filed briefs, and it must include an appropriately-reduced word count limitation for the intervenor. If the intervening party does not intend to file substantive briefs, please indicate as such.

    In the event the parties are unable to agree, each party shall file a status report and a proposed briefing schedule no later than June 11, 2021. Counsel

shall then call the Case Manager, Casey Anne Cheevers, at 212-264-1615 by close of business on June 14, 2021, to schedule a conference call with chambers to resolve the matters in dispute.

    Please be advised the Court will be available to assist in settlement negotiations if the likelihood of settlement warrants this use of judicial resources.

    Sincerely,

    /s/ *M. Miller Baker*
    M. Miller Baker, Judge